358 A.2d 69
Woods, Appellant, v. Dunlop, et al.

Argued April 16, 1976.  Alan Frank, with him Frank & Radakovich, for appellant;  John H. Bingler, Jr., with him Scott E. Henderson, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

June 30, 1976.

360 A.2d 652
Brinton Towers Associates, Appellant, v.
Krasnoff.

Argued June 18, 1976.  Gerald Pomerantz, with him Techner, Rubin, Shapiro, Silverstein & Slass, for appellant; Malcolm L. Lazin, with him Pelino, Wasserstrom, Chucas & Monteverde, for appellee.

Order affirmed.